FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

2007 JAN 22 AM 9:34

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| KAVON WALTER MOSLEY, | ) |
| Movant, | ) |
| v. | ) Case No. CV405-207 |
| UNITED STATES OF AMERICA, | ) [underlying CR404-079] |
| Respondent. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 22 day of Jan., 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA